# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-153-APG-DJA-2 |
| Plaintiff, | **Order Granting Motion to Dismiss the Superseding Indictment Without Prejudice** |
| v. | |
| XI SHENG ZHANG, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Superseding Indictment against Xi Sheng Zhang

JASON M. FRIERSON
United States Attorney

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the charges against him have been dismissed, it is hereby ordered that the warrant in this case for defendant Zhang's arrest is quashed.

DATED this <u>10th</u> day of <u>July</u>, 2024.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE